HENRY H. GAGE

*v.*

THE PEOPLE *ex rel.* John J. Hanberg, County Treasurer.

*Opinion filed December 22, 1904—Rehearing denied Feb. 9, 1905.*

This case is controlled by the decision in *Gage* v. *People,* (*ante,* p. 347.)

WRIT OF ERROR to the County Court of Cook county; the Hon. ORRIN N. CARTER, Judge, presiding.

F. W. BECKER, for plaintiff in error.

WILLIAM M. PINDELL, (EDGAR BRONSON TOLMAN, Corporation Counsel, and ROBERT REDFIELD, of counsel,) for defendant in error.

Per CURIAM: This case is in all respects like the case of *Gage* v. *People,* (*ante,* p. 347,) except an additional error is assigned, in that the court entered judgment for costs, only. The opinion in the case of *Gage* v. *People, supra,* will accordingly govern, except that the court will also be ordered to enter a judgment for the special assessment applied for, together with costs, etc. Both the errors being upon the entry of the judgment it will not be necessary to award a new trial.

The judgment of the county court will accordingly be reversed and the cause remanded, with directions to that court, upon motion of defendant in error, to enter a judgment in compliance with section 191 of chapter 120, Hurd's Revised Statutes.

*Reversed and remanded, with directions.*